UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ROSIE YANAS, *et al*, § § Plaintiffs, § VS. § ANTONIOS PAGOURTZIS, *et al*, § § Defendants. § § | CIVIL ACTION NO. 3:20-CV-141 |

## **ORDER**

The defendants have filed Rule 12(b) motions to dismiss without first following this court's local Rule 6 titled "Special Requirement for Motions filed under Rule 12(b)." Accordingly, the court now *sua sponte* grants the plaintiffs leave to file an amended complaint.

The plaintiffs must notify the court by letter by Thursday, May 21, 2020, whether (i) they intend to file an amended complaint; or (ii) they will rely on the complaint that is subject of the motions to dismiss.

If the plaintiffs elect not to file an amended complaint, the motions to dismiss will proceed in regular course and, absent special circumstances, no further opportunities to amend will be granted. The time to file opposing and reply papers in connection with the motions to dismiss shall be governed by the Federal Rules of Civil Procedures and the Southern District's local rules.

If the plaintiffs elect to file an amended complaint, they must do so within 14 days after notifying the court of their intent to do so. The defendants may then

either (i) file an answer to the amended complaint; or (ii) file a motion to dismiss the amended complaint.

SIGNED on Galveston Island the 18th day of May, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE