United States District Court
Southern District of Texas
**ENTERED**
May 22, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ROSIE YANAS, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:20-CV-141 |
| | § | |
| ANTONIOS PAGOURTZIS, *et al*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## <u>ORDER</u>

Defendants Luckygunner, LLC, Red Stag Fulfillment, LLC, Mollenhour Gross, LLC, Jordan Mollenhour and Dustin Gross (the "Removing Defendants") filed Rule 12(b) motions to dismiss without first following this court's local Rule 6, titled, "Special Requirement for Motions under Rule 12(b)."

The plaintiffs and plaintiff-intervenors have notified the court that they intend to file a motion to remand the case to state court by June 1, 2020, and that they intend to amend their complaint, if their motion is not granted. *See* Dkt. 14. The plaintiffs and plaintiff-intervenors seek an order staying the Removing Defendants' motions to dismiss, and leave to file their amended complaint after a decision on their forthcoming motion to remand is rendered.

Briefing on the Removing Defendants' motions to dismiss is stayed. The plaintiffs and plaintiff-intervenors are to file an amended complaint within 14 days

of this court's decision on their motion to remand. The defendants may then either (i) file an answer to the amended complaint; or (ii) re-file motions to dismiss the amended complaint.

SIGNED on Galveston Island on the 22nd day of May, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE